UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                                                    CASE NO.:10-00171-8-RDD
TAAF, LLC.
      Debtors

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    Stephen L. Beaman, does herewith give notice of his appearance in the above matter as attorney for Anita Fulcher.

    Please mail all notices and other documents required to be served upon creditors to the undersigned at the following address:

Stephen L. Beaman
PO Box 1907
Wilson, NC 27894-1907

This 17th day of March, 2010.

Law Office of Stephen L. Beaman, PLLC

By:s/Stephen L. Beaman
Stephen L. Beaman, N.C. State Bar No. 6021
P.O. Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
email sbeaman@beamanlaw.com

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** was served on the following persons, on this date by mailing a copy of the said document to them at their addresses as shown below, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service.

       This 17th day of March, 2010.

       Law Office of Stephen L. Beaman, PLLC

       By: s/Stephen L. Beaman
       Stephen L. Beaman, N.C. State Bar No. 6021
       P.O. Box 1907, Wilson, NC 27894-1907
       Phone (252) 237-9020 Fax (252) 243-5174
       email sbeaman@beamanlaw.com

SERVED ON:

Todd Fulcher
1011 Pollock Street
New Bern, N.C. 28562

John C. Bircher
White & Allen, PA
1319 Commerce Drive
PO Drawer U
New Bern, N.C. 28532